# Exhibit 2

| US8897263 B2 | Ribbon Communications Inc. Session Border Controller Cloud Native Edition (SBC Cne) (The Aaccused Product) |
|---|---|
| [1.1]    A method    to maintain    a communication session of    an interactive application in a wireless network, comprising: | The accused instrumentality Ribbon's SBC Cne Platform provides a method to maintain a communication session of an interactive application in a wireless network.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Ribbon expressly ties SBC CNe to real-time communications, mobile/SIP services, and SIP call processing. This is good support for maintaining a communication session of an interactive application.<br><br>Ribbon's Session Border Controller Cloud Native Edition (SBC CNe) is an industry-leading SBC, enabling and securing real-time communications for public, private, and hybrid clouds. Architected from the ground up using CNCF cloud native design and implementation principles (containers, microservices, immutable infrastructure, and declarative APIs), the SBC CNe delivers scalable real-time communication services that are simultaneously resilient, manageable, and observable.<br><br>The SBC CNe capitalizes on Ribbon's 20+ years securing carrier networks. The SBC CNe is ideal for Mobile Network Operators trying to leverage their cloud-native deployments for 4G/5G, operators consolidating SBC workloads to private clouds, and enterprises moving SBC workloads to their cloud native networks in popular 3rd party clouds such as AWS. It can be deployed in public, private, and hybrid clouds, enabling high impact changes frequently and predictably. Simple yet scalable, agile and elegant, the SBC CNe makes it easy for customers to secure cloud-based mobile, SIP and Unified Communications (UC)/Contact Center (CC) services.<br><br>**Ribbon's SBC CNe Key Operations Features:**<br>• Container microservices orchestrated by out of the box Kubernetes for cloud infrastructure abstraction, horizontal autoscaling, microservices redundancy, high availability & automated software upgrades.<br>• M:N redundant Session Control (SC) pods deliver SIP call processing, media mediation, and supplementary services.<br>• SIP Load Balancer (SLB) pods to balance call traffic and achieve IP address concentration.<br>• In-memory database (not shown in image) to support call availability and survivability.<br>• Redundant OAM pods support call admission, management, horizontal pod autoscalar (HPA) out/in services, networking, licensing & other management functions.<br>• Open Telemetry-based observability framework for monitoring metrics and logs, and interfacing with open source/3rd party tools such as Prometheus and EFK (Elasticsearch, Fluentd, Kibana).<br>• Delivers P-CSCF services for IMS deployments. |

Source:*https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf*



**Media Services**

- Transcoding G.711, G.722, G.722.1, G.723, G.726, G.729A/B, AMR-NB, AMR-WB, EVRCB0, EVRC0, iLBC, Opus, T.38, SILK, EVS, Linear16, T.140 Text over IP
- Wireline, wireless, clear channel codec and fax pass-through
- VAD, Silence Suppression, Dynamic Jitter Buffer, DTMF
- Tone Relay/ RFC2833/RFC4733 interworking
- NAT/NAPT on media
- DTMF Trigger Detection and Notification
- Tones & announcements
- Local Ring Back Tone (LRBT) support
- RTP inactivity monitoring
- Video codec pass-through: H.265, H.264 AVC, H.264 SVC, H.263+, H.263, H.261 and VP8, VP9
- Support up to 4 simultaneous SIPREC recordings per session

*Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf*

| [1.2] determining a first identification information associated with a mobile device; | The accused instrumentality Ribbon's SBC Cne platform describes a first identification information associated with a mobile device;<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the datasheet states that SBC CNe includes SIP Load Balancer (SLB) pods to balance call traffic and achieve IP address concentration. It also supports SIP Surrogate Registration, P-CSCF services for IMS deployments, and mobile-network deployments including P-CSCF, AGW, ATCF, ATGW, E-CSCF, EATF, and IBCF. Ribbon's IMS glossary explains that IMS uses SIP for session-control signalling and includes an HSS that maintains user profile information for subscriber authentication/authorization. |



### Ribbon's SBC CNe Key Operations Features:

- Container microservices orchestrated by out of the box Kubernetes for cloud infrastructure abstraction, horizontal autoscaling, microservices redundancy, high availability & automated software upgrades.
- M:N redundant Session Control (SC) pods deliver SIP call processing, media mediation, and supplementary services.
- SIP Load Balancer (SLB) pods to balance call traffic and achieve IP address concentration.
- In-memory database (not shown in image) to support call availability and survivability.
- Redundant OAM pods support call admission, management, horizontal pod autoscalar (HPA) out/in services, networking, licensing & other management functions.
- Open Telemetry-based observability framework for monitoring metrics and logs, and interfacing with open source/3rd party tools such as Prometheus and EFK (Elasticsearch, Fluentd, Kibana).
- Delivers P-CSCF services for IMS deployments.

*Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf*

**Signaling**
- Back-to-back user agent
- SIP, SIP-I/SIP-T
- SIP protocol normalization/protocol repair, SIP
- Message Manipulation (SMM)
- NAT/NAPT on signaling
- SIP Surrogate Registration

**Routing/Policy**
- Cloud native PSX CNe delivers centralized routing & policy
- Leading digit routing, international routing, URI based routing
- Digit/parameter manipulation
- E911 support, priority call handing
- Call forking
- ETSI 3GPP/IMS, PacketCable Lawful Intercept

Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf

**How does IP Multimedia Subsystem (IMS) Architecture work?**

The IP Multimedia Subsystem architecture decomposes the network into distinct application, control, and transport layers with standardized interfaces to promote scalability, flexibility, and extensibility.  An oversimplified IMS architecture is depicted in the figure below.



IMS enables secure and reliable multimedia communications between diverse devices across diverse networks. The architectural model provides a unified infrastructure and common mechanisms for controlling, manipulating, routing, and managing sessions. It also specifies how to implement authentication, authorization, and accounting controls. The IMS specifications incorporate widely used Internet Engineering Task Force (IETF) recommendations such as the Session Initiation Protocol (SIP) for session control signaling.

The control layer, often referred to as the IMS core, is the cornerstone of the architecture responsible for regulating communications flows.  The main functional elements of the control layer include:

- **Application Servers** – these are applications providing services, such as telephone call control, call continuity, conference calling, and supplementary service configuration
- **Call Session Control Function (CSCF)** – the heart of the IMS architecture, is responsible for controlling sessions between endpoints (referred to as terminals in the IMS specifications) and applications, and is crucial in ensuring seamless and secure communication services.
- **Home Subscriber Server (HSS)** – the master database that maintains all user profile information used to authenticate and authorize subscribers
- **Signaling Gateway (SGW) and Media Gateway Control Function (MGCF)** – respectively provide SS7 and MGCP interoperability with the PSTN
- **Media Resource Functions (MRF)** – provides media-related functions such as the playing of tones and digital announcements

Many IMS functions are further deconstructed into distinct functional elements.  For example, the CSCF function encompasses three discrete roles:  Serving-CSCF (C-CSCF), Interrogating-CSCF (I-CSCF), and Proxy-CSCF (P-CSCF).

*Source: https://ribboncommunications.com/company/get-help/glossary/ip-multimedia-subsystem-ims*

tion (VoLTE) for delivering voice as a data stream within the LTE data transmission. Similarly, in a 5G network, this same approach leverages voice over new radio (VoNR), which leverages an IP multimedia subsystem (IMS) framework that enables voice and data transmission.

# IP Multimedia Subsystem (IMS) Networks

IMS is an integrated framework for telecommunications providers to deliver voice, video, and data using the IP protocol. VoLTE and VoNR standards are based on using IMS for providing voice services over 4G and 5G networks. IMS doesn't specify an SBC in its architecture, but many IMS functions are already inherent in SBCs.

Source: https://nuvola-techsolutions.com/wp-content/new-uploads/2024/03/DG-Session-Border-Controllers-for-Dummies.pdf

| [1.3] in response to the mobile device leaving a first wireless range associated with the wireless network, | The accused instrumentality Ribbon's SBC Cne platform provides in response to the mobile device leaving a first wireless range associated with the wireless network, accessing a second identification information associated with the first identification information, wherein the second identification information is assigned to the mobile device when the mobile device is in a second wireless range associated with the wireless network and registers itself to a stationary device covering the second wireless range; and

This element is met literally, or in the alternative, under the doctrine of equivalents.

For example, Ribbon's SBC CNe datasheet identifies mobile-network deployment functions such as P-CSCF, ATCF, and ATGW, and further indicates support for ETSI 3GPP/IMS architecture. These disclosures are relevant because, under 3GPP TS 23.237, when a UE is active in an IMS session, the Session Transfer |

| | |
|---|---|
| accessing a second identification information associated with the first identification information, wherein the second identification information is assigned to the mobile device when the mobile device is in a second wireless range associated with the wireless network and registers itself to a | procedures provide service continuity between access networks. The same standard further states that if the UE receives a new IP address (second identification information), the UE performs a new IMS registration, and a new ATCF may be selected. Thus, the disclosed ATCF/ATGW functionality is consistent with handling continuity of an IMS communication session when the mobile device moves between access networks. In particular, the ATCF is a network-side function used in roaming and access transfer scenarios to maintain session continuity during changes in the UE's serving access environment.<br><br>Further, 3GPP TS 23.237 also describes UE profile is updated to HSS and assigning a new STN-SR number when ATCF is involved (i.e. when user enters in a roaming network). The STN is a number used by the UE during session transfer process.<br><br><br><br>*Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf* |

| stationary device covering the second wireless range; and | **Signaling**<br>• Back-to-back user agent<br>• SIP, SIP-I/SIP-T<br>• SIP protocol normalization/protocol repair, SIP<br>• Message Manipulation (SMM)<br>• NAT/NAPT on signaling<br>• SIP Surrogate Registration<br><br>**Routing/Policy**<br>• Cloud native PSX CNe delivers centralized routing & policy<br>• Leading digit routing, international routing, URI based routing<br>• Digit/parameter manipulation<br>• E911 support, priority call handing<br>• Call forking<br>• ETSI 3GPP/IMS, PacketCable Lawful Intercept<br><br>*Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf*<br><br>IMS enables secure and reliable multimedia communications between diverse devices across diverse networks. The architectural model provides a unified infrastructure and common mechanisms for controlling, manipulating, routing, and managing sessions. It also specifies how to implement authentication, authorization, and accounting controls. The IMS specifications incorporate widely used Internet Engineering Task Force (IETF) recommendations such as the Session Initiation Protocol (SIP) for session control signaling.<br><br>The control layer, often referred to as the IMS core, is the cornerstone of the architecture responsible for regulating communications flows.  The main functional elements of the control layer include:<br><br>• **Application Servers** – these are applications providing services, such as telephone call control, call continuity, conference calling, and supplementary service configuration<br>• **Call Session Control Function (CSCF)** – the heart of the IMS architecture, is responsible for controlling sessions between endpoints (referred to as terminals in the IMS specifications) and applications, and is crucial in ensuring seamless and secure communication services.<br>• **Home Subscriber Server (HSS)** – the master database that maintains all user profile information used to authenticate and authorize subscribers<br>• **Signaling Gateway (SGW) and Media Gateway Control Function (MGCF)** – respectively provide SS7 and MGCP interoperability with the PSTN<br>• **Media Resource Functions (MRF)** – provides media-related functions such as the playing of tones and digital announcements<br><br>Many IMS functions are further deconstructed into distinct functional elements.  For example, the CSCF function encompasses three discrete roles:  Serving-CSCF (C-CSCF), Interrogating-CSCF (I-CSCF), and Proxy-CSCF (P-CSCF). |

**How does IP Multimedia Subsystem (IMS) Architecture work?**

The IP Multimedia Subsystem architecture decomposes the network into distinct application, control, and transport layers with standardized interfaces to promote scalability, flexibility, and extensibility. An oversimplified IMS architecture is depicted in the figure below.



*Source: https://ribboncommunications.com/company/get-help/glossary/ip-multimedia-subsystem-ims*

3GPP TS 23.237 version 19.0.0 Release 19             18             ETSI TS 123 237 V19.0.0 (2025-10)

### 4.2.2    Access Transfer Requirements

- It shall be possible to provide Access Transfer in the home network or in the visited network (if roaming) when the user is moving between 3GPP access systems.

- It shall be possible to provide Access Transfer when the user is moving between 3GPP and non-3GPP access systems.

- It shall be possible to provide Access Transfer when the user is moving between non-3GPP access systems.

- It shall be possible to provide Access Transfer between an Access Network that supports real-time media on the CS domain and non-real-time media on the PS domain, and an IP-CAN that supports transport of all media types.

### 4.3.1    Session Transfer concepts

#### 4.3.1.1    General

When an UE is active in an IMS session, the Session Transfer procedures provide service continuity between Access Networks and between UEs having IMS subscriptions under the same operator.

The initial and all subsequent Session Transfer procedures are initiated by the UE and are executed and controlled by the same SCC AS.

The SCC AS generates charging information for all Session Transfers for an IMS session for the purpose of billing and charging.

The UE sends information required by the SCC AS in order to execute Session Transfer procedures.

NOTE 2:    If the UE receives a new IP address, the UE will perform a new registration in the IMS according to TS 23.228 [4] and a new ATCF may be selected.

2.    ATCF decides, based on operator policy and if the home network supports (5G-)SRVCC enhanced with ATCF, to allocate a STN-SR. The ATCF includes itself in the signalling path for subsequent messages during the registration period. Additionally to the STN-SR, the ATCF allocates an ATCF management URI that can be used by SCC AS to address the ATCF directly.

## 5.3.4    Access Transfer Control Function (ATCF)

#### 5.3.4.1    General

The Access Transfer Control Function (ATCF) is a function in the serving (visited if roaming) network. When (v)SRVCC enhanced with ATCF is used or when 5G-SRVCC is used, the ATCF is included in the session control plane for the duration of the call before and after Access Transfer.

#### 5.3.4.2    ATCF inclusion

The following implementation methods could be used to determine if the ATCF should be including itself during registration:

-    If UE is roaming, based on the roaming agreement (e.g., home operator also support (5G-)SRVCC enhanced with ATCF in SCC AS and UDM/HSS).

| | |
|---|---|
| | ### 5.3.6    HSS<br><br>The HSS shall allow the SCC AS to update the user profile with a new STN-SR. In the case the ATCF is involved, the STN-SR will address the ATCF, otherwise, it will address the SCC AS.<br><br>**Session Transfer Number (STN)**: A number used by the UE to request the SCC AS to perform Session Transfer from PS to CS access. The STN is configured and stored on the UE and can be updated with current address during session establishment. See TS 23.003 [14] for more information.<br><br>*Source: https://www.etsi.org/deliver/etsi_ts/123200_123299/123237/19.00.00_60/ts_123237v190000p.pdf* |
| [1.4] maintaining the communication session with the mobile device by utilizing the second identification information in a signaling protocol. | The accused instrumentality SBC Cne platform maintaining the communication session with the mobile device by utilizing the second identification information in a signaling protocol.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, SBC Cne expressly discloses SIP call processing, P-CSCF, and ATCF/ATGW, while its IMS glossary confirms SIP is used for session control signaling. The 3GPP IMS Service for continuing session handling across access changes.  Further, 3GPP TS 23.237 also describes UE profile is updated to HSS and assigning a new STN-SR number when ATCF is involved (i.e. when user enters in a roaming network). The STN is a number used by the UE during session transfer process. |



*Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf*

## Signaling

- Back-to-back user agent
- SIP, SIP-I/SIP-T
- SIP protocol normalization/protocol repair, SIP
- Message Manipulation (SMM)
- NAT/NAPT on signaling
- SIP Surrogate Registration

## Routing/Policy

- Cloud native PSX CNe delivers centralized routing & policy
- Leading digit routing, international routing, URI based routing
- Digit/parameter manipulation
- E911 support, priority call handing
- Call forking
- ETSI 3GPP/IMS, PacketCable Lawful Intercept

*Source:https://learn.rbbn.com/hubfs/Corporate%20Marketing%20%28TOP%20LEVEL%29/Data%20Sheets/DS%20SBC%20Cloud%20Native%20Edition%20%28CNe%29.pdf*

IMS enables secure and reliable multimedia communications between diverse devices across diverse networks. The architectural model provides a unified infrastructure and common mechanisms for controlling, manipulating, routing, and managing sessions. It also specifies how to implement authentication, authorization, and accounting controls. The IMS specifications incorporate widely used Internet Engineering Task Force (IETF) recommendations such as the Session Initiation Protocol (SIP) for session control signaling.

The control layer, often referred to as the IMS core, is the cornerstone of the architecture responsible for regulating communications flows.  The main functional elements of the control layer include:

- **Application Servers** – these are applications providing services, such as telephone call control, call continuity, conference calling, and supplementary service configuration
- **Call Session Control Function (CSCF)** – the heart of the IMS architecture, is responsible for controlling sessions between endpoints (referred to as terminals in the IMS specifications) and applications, and is crucial in ensuring seamless and secure communication services
- **Home Subscriber Server (HSS)** – the master database that maintains all user profile information used to authenticate and authorize subscribers
- **Signaling Gateway (SGW) and Media Gateway Control Function (MGCF)** – respectively provide SS7 and MGCP interoperability with the PSTN
- **Media Resource Functions (MRF)** – provides media-related functions such as the playing of tones and digital announcements

Many IMS functions are further deconstructed into distinct functional elements.  For example, the CSCF function encompasses three discrete roles:  Serving-CSCF (C-CSCF), Interrogating-CSCF (I-CSCF), and Proxy-CSCF (P-CSCF).

*Source: https://ribboncommunications.com/company/get-help/glossary/ip-multimedia-subsystem-ims*

**IMS Service Continuity:** A service of the IMS which supports the use of Session Transfer mechanisms to maintain service continuity in the event of terminal mobility and/or mobility between terminals for the case when such events are not hidden from the IMS session layer and thus service continuity could not otherwise be maintained.

### 4.3.1    Session Transfer concepts

#### 4.3.1.1    General

When an UE is active in an IMS session, the Session Transfer procedures provide service continuity between Access Networks and between UEs having IMS subscriptions under the same operator.

The initial and all subsequent Session Transfer procedures are initiated by the UE and are executed and controlled by the same SCC AS.

The SCC AS generates charging information for all Session Transfers for an IMS session for the purpose of billing and charging.

The UE sends information required by the SCC AS in order to execute Session Transfer procedures.

NOTE 2:  If the UE receives a new IP address, the UE will perform a new registration in the IMS according to TS 23.228 [4] and a new ATCF may be selected.

2. ATCF decides, based on operator policy and if the home network supports (5G-)SRVCC enhanced with ATCF, to allocate a STN-SR. The ATCF includes itself in the signalling path for subsequent messages during the registration period. Additionally to the STN-SR, the ATCF allocates an ATCF management URI that can be used by SCC AS to address the ATCF directly.

### 5.3.4    Access Transfer Control Function (ATCF)

#### 5.3.4.1    General

The Access Transfer Control Function (ATCF) is a function in the serving (visited if roaming) network. When (v)SRVCC enhanced with ATCF is used or when 5G-SRVCC is used, the ATCF is included in the session control plane for the duration of the call before and after Access Transfer.

#### 5.3.4.2    ATCF inclusion

The following implementation methods could be used to determine if the ATCF should be including itself during registration:

- If UE is roaming, based on the roaming agreement (e.g., home operator also support (5G-)SRVCC enhanced with ATCF in SCC AS and UDM/HSS).

### 5.3.6    HSS

The HSS shall allow the SCC AS to update the user profile with a new STN-SR. In the case the ATCF is involved, the STN-SR will address the ATCF, otherwise, it will address the SCC AS.

**Session Transfer Number (STN)**: A number used by the UE to request the SCC AS to perform Session Transfer from PS to CS access. The STN is configured and stored on the UE and can be updated with current address during session establishment. See TS 23.003 [14] for more information.

*Source: https://www.etsi.org/deliver/etsi_ts/123200_123299/123237/19.00.00_60/ts_123237v190000p.pdf*